# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

IRENE PIERRE,
                    Plaintiff,
        v.
MONSANTO COMPANY, PFIZER INC.,
PHARMACIA CORPORATION,
G.D. SEARLE L.L.C.,
                    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 08-0183-CRB

TO: (Name and address of defendant)

Pfizer, Inc.
c/o C T Service Corporation
818 West Seventh Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Scott Bertram
Benjamin A. Bertram
The Bertram Law Firm, L.L.C.
9229 Ward Parkway, Suite 225
Kansas City, MO 64114

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

MARIA LOO

_____
(BY) DEPUTY CLERK

JAN 28 2008
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                Date                                                    Signature of Server

                                                                        _____
                                                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure