# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IRENE PIERRE,**<br><br>                              **Plaintiff,**<br><br>V.<br><br>**MONSANTO COMPANY, PFIZER, INC.,**<br>**PHARMACIA CORPORATION,**<br>**G.D. SEARLE L.L.C.,**<br><br>                              **Defendants.** | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER:  **CV 08-0183-CRB** |

TO: (Name and address of defendant)

> **Monsanto Company**
> **c/o CT Service Corporation**
> **818 West Seventh Street**
> **Los Angeles, CA 90017**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> **J. Scott Bertram**
> **Benjamin A. Bertram**
> **The Bertram Law Firm, L.L.C.**
> **9229 Ward Parkway, Suite 225**
> **Kansas City, MO 64114**

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JAN 2 8 2008

Richard W. Wieking

CLERK

DATE_____

(BY) DEPUTY CLERK
MARIA LOO

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE/TIME |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 02/11/2008 @ 03:00 pm |

| Name of SERVER | | TITLE | |
|---|---|---|---|
| DE'ANDRE JOHNSON | | PROCESS SERVER | |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): MONSANTO COMPANY, BY SERVING MARIA SANCHEZ, REGISTERED AGENT FOR SERVICE OF PROCESS AT 818 W. 7TH STREET, LOS ANGELES, CA 90017

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    FEBRUARY 13, 2008
_____
Date

Signature of Server

HATFIELD PROCESS SERVICE
(www.hatfieldprocess.com)
1669 Jefferson
Address of Server   Kansas City, MO 64108

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of California

Case Number: CV080183CRB

Plaintiff/Petitioner:
**IRENE PIERRE**
vs.
Defendant/Respondent:
**MONSANTO COMPANY, et al.**

For: Mieke Bruce
     BERTRAM LAW FIRM, L.L.C.

Received by Hatfield Process Service on the **4th day of February, 2008** at 12:36 pm to be served on **Monsanto Company, c/o CT Service Corporation, 818 West Seventh Street, Los Angeles, CA 90017.** I, DE'ANDRE   JOHNSON , do hereby affirm that on the 11th day of February, 2008 at 3:00p.m., executed service by delivering a true copy of the Summons in a Civil Case and Complaint in accordance with state statutes in the manner marked below:

(x) REGISTERED AGENT SERVICE: By serving    MARIA SANCHEZ, CT CORP.
as    REGISTERED AGENT                for the above-named entity.

( ) RECORDS CUSTODIAN SERVICE: By serving
as                                      for the above-named entity.

( ) CORPORATE SERVICE: By serving
as                                      for the above-named entity.

( ) OTHER SERVICE: As described in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:**

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

PROCESS SERVER # 140
Appointed in accordance
  with State Statutes

**Hatfield Process Service**
**Www.Hatfieldprocess.Com**
**1669 Jefferson**
**Kansas City, MO  64108**
**(816) 842-9800**
Our Job Serial Number: 2008001301

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.1b