# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE PIERRE,<br>Plaintiff,<br>V.<br>MONSANTO COMPANY, PFIZER, INC.,<br>PHARMACIA CORPORATION,<br>G.D. SEARLE L.L.C.,<br>Defendants. | **SUMMONS IN A CIVIL CASE**<br>CASE NUMBER: CV 08-0183-CRB |

TO: (Name and address of defendant)

Pharmacia Corporation
c/o CT Service Corporation
818 West Seventh Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Scott Bertram
Benjamin A. Bertram
The Bertram Law Firm, L.L.C.
9229 Ward Parkway, Suite 225
Kansas City, MO 64114

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

JAN 2 8 2008
DATE

(BY) DEPUTY CLERK
MARIA LOO

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE / TIME |
|---|---|
| Service of the Summons and Complaint was made by me | 02/08/2008 @ 02:45 pm |
| Name of SERVER: DAVID GARCIA | TITLE: PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  PHARMACIA CORPORATION, BY SERVING MARGARET WILSON, REGISTERED AGENT AT 818 W. 7TH STREET, LOS ANGELES, CA 90017

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   FEBRUARY 12, 2008
                  Date

Signature of Server
HATFIELD PROCESS SERVICE
(www.hatfieldprocess.com)
1669 Jefferson
Address of Server: Kansas City, MO 64108

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Northern District of California

Case Number: CV080183CRB

Plaintiff/Petitioner:
**IRENE PIERRE**

vs.

Defendant/Respondent:
**MONSANTO COMPANY, et al.**

For: Mieke Bruce
BERTRAM LAW FIRM, L.L.C.

Received by Hatfield Process Service on the **4th day of February, 2008** at **12:36 pm** to be served on **Pharmacia Corporation, c/o CT Service Corporation, 818 West Seventh Street, Los Angeles, CA 90017**. I, __DAVID GARCIA__, do hereby affirm that on the __8th__ day of __February__, 20__08__ at __2:45__ p.m., executed service by delivering a true copy of the Summons in a Civil Case and Complaint in accordance with state statutes in the manner marked below:

(X) REGISTERED AGENT SERVICE: By serving __MARGARET WILSON, CT CORP.__
as __REGISTERED AGENT__ for the above-named entity.

( ) RECORDS CUSTODIAN SERVICE: By serving _____
as _____ for the above-named entity.

( ) CORPORATE SERVICE: By serving _____
as _____ for the above-named entity.

( ) OTHER SERVICE: As described in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

PROCESS SERVER # __140__
Appointed in accordance
with State Statutes

**Hatfield Process Service**
Www.Hatfieldprocess.Com
1669 Jefferson
Kansas City, MO 64108
(816) 842-9800
Our Job Serial Number: 2008001304

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.1b