| | |
|---|---|
| 1 | Thomas P. Cartmell, 45366 |
| | Thomas J. Preuss, 54923 |
| 2 | Christopher L. Schnieders, 57725 |
| | **Wagstaff & Cartmell LLP** |
| 3 | 4740 Grand Avenue, Suite 300 |
| | Kansas City, Missouri 64112 |
| 4 | Telephone: 816-701-1100 |
| | Facsimile: 816-531-2372 |
| 5 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates To: | |
| *Alex Thomas v. Pfizer Inc., et al.*<br>Case No. 06-0722 CRB | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| *Sherman Dobbs v. Pfizer Inc., et al.*<br>Case No. 06-2320 CRB | |
| *Irene Pierre o/b/o Archie Pierre v. Pfizer Inc., et al.*<br>Case No. 08-0183 CRB | |

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

| | | |
|---|---|---|
| 1 | DATED: 12-28, 2009 | By: /s/ |
| 2 | | |
| 3 | | **WAGSTAFF & CARTMELL LLP** |
| | | 4740 Grand Avenue, Suite 300 |
| 4 | | Kansas City, Missouri 64112 |
| | | Telephone: 816-701-1100 |
| 5 | | Facsimile: 816-531-2372 |

*Attorneys for Plaintiffs*

DATED: January 26, 2010   By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB - 3 2010

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE